UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:17-CV-30167-MAP

RINALDO DEL GALLO, III
    Plaintiff,

v.

BOSTON MAYOR MARTY WALSH, in his personal and professional capacity;

BOSTON POLICE COMMISSIONER WILLIAM B. EVANS, in his personal and professional capacity;

BOSTON PARKS AND RECREATION DEPARTMENT COMMISSIONER CHRISTOPHER COOK, in his personal and professional capacity;

AN UNKNOWN BOSTON POLICE OFFICER WITH BADGE NUMBER 2578, in his personal and professional capacity;

AN UNKNOWN BOSTON POLICE OFFICER WITH BADGE NUMBER 16, in his personal and professional capacity;

BOSTON POLICE CAPTAIN GREELAND,

JOHN AND JANE DOES, in their personal and professional capacities; and

THE CITY OF BOSTON
    Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**

On the morning of February 14, 2018, prior to this Court's dismissal of Plaintiff's Complaint, Plaintiff, Rinaldo Del Gallo, contacted counsel for the Defendants asking for a one-

month extension of time to respond to the Defendants' Motions to Dismiss.  Defendants did not assent; instead they indicated they would not oppose a request for a two-week extension.  Plaintiff did not file any request for more time with the Court.

On the afternoon of February 14, 2018, this Court allowed the Defendants' Motions to Dismiss, having received no oppositions from the Plaintiff.  Now, nearly a week after this Court dismissed Plaintiff's Complaint, Plaintiff filed the instant motion requesting a one-month extension of time to respond to the Defendants' Motions to Dismiss, indicating in his L.R. 7.1 certification that the Defendants do not oppose a request for a two-week extension of time.

By way of this response, the Defendants simply seek to clarify that their willingness not to oppose a request for a two-week extension expired upon this Court's dismissal of Plaintiff's Complaint, and that the Defendants oppose any request by Plaintiff to re-open this case for purposes of opposing their motions.

Respectfully submitted:

DEFENDANTS, CITY OF BOSTON, MARTIN J. WALSH, WILLIAM B. EVANS, CHRISTOPHER COOK, AND CAPTAIN GREELAND

By their attorneys:

Eugene L. O'Flaherty
Corporation Counsel

/s/ Nicole M. O'Connor
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
Nicole.OConnor@boston.gov

## **CERTIFICATE OF SERVICE**

      I, Nicole M. O'Connor, hereby certify that a true copy of the above document was served upon all parties of record via this court's electronic filing system and upon those non-registered participants via first class mail on the date listed below.

Date:   2/20/18                                            /s/ Nicole M. O'Connor